CHRIS ROSFJORD, WSBA #37668
ROSFJORD LAW, PLLC
6725 22nd Ave NW
Seattle, WA 98117
(206) 321-4849
Email: rosfjordlaw@gmail.com
*Attorney for Plaintiff*

HON. BENJAMIN H. SETTLE

## UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSH THOMAS, individually, and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE & CO., a Delaware corporation,<br><br>Defendant. | CASE NO. 3:20-cv-05902-BHS<br><br>NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES |

### NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES

Plaintiff Josh Thomas and Defendant JPMorgan Chase Bank, N.A., erroneously sued as JPMorgan Chase & Co., (collectively, the "Parties") hereby notify the Court that the Parties have agreed in principle to settle the above-captioned matter. Counsel for the Parties are in the process of preparing and finalizing the Settlement Agreement and the Stipulated Dismissal. The Parties intend to file the Stipulated Dismissal as soon as practicable, but respectfully request that the Parties are given 30 days to file the Stipulated Dismissal. Accordingly, the Parties respectfully request that the Court vacate all deadlines currently set by the Court in this matter.

Notice of Settlement
*(Thomas v. JPMorgan Chase & Co.)*
Page 1 of 2

ROSFJORD LAW PLLC
6725 22nd Ave NW
Seattle, WA 98117
(206) 321-4849

1  DATED this 28th day of January, 2021,

2  ROSFJORD LAW, PLLC                    LANE POWELL PC

3

4

   /s/Chris Rosfjord                     /s/John S. Devlin III
5  Chris Rosfjord, WSBA #37668           John S. Devlin III, WSBA #23988
   *Attorney for Plaintiff*              *Attorneys for Defendant JPMorgan*
6                                        *Chase Bank, N.A., erroneously sued as*
                                         *JPMorgan Chase & Co.*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Notice of Settlement
*(Thomas v. JPMorgan Chase & Co.)*
Page 2 of 2

ROSFJORD LAW PLLC
6725 22nd Ave NW
Seattle, WA 98117
(206) 321-4849