CHRIS ROSFJORD, WSBA #37668
ROSFJORD LAW, PLLC
6725 22nd Ave NW
Seattle, WA 98117
(206) 321-4849
Email: rosfjordlaw@gmail.com
*Attorney for Plaintiff*

HON. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSH THOMAS, individually, and on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br>v.<br><br>JPMORGAN CHASE & CO., a Delaware corporation,<br><br>　　　　　　Defendant. | CASE NO. 3:20-cv-05902-BHS<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　Pursuant to the Stipulation of Dismissal with Prejudice signed by Plaintiff Josh Thomas and Defendant JPMorgan Chase Bank, N.A., erroneously sued as JPMorgan Chase & Co., (collectively, the "Parties"), and good cause appearing:

　　　IT IS HEREBY ORDERED that Plaintiff Josh Thomas' Class Action Complaint (Dkt. 1) is dismissed with prejudice.

　　　//

　　　//

　　　//

Order Granting Stipulation of Dismissal With Prejudice
*(Thomas v. JPMorgan Chase & Co.)*
Page 1 of 2

ROSFJORD LAW PLLC
6725 22nd Ave NW
Seattle, WA 98117
(206) 321-4849

IT IS FURTHER ORDERED that the Parties shall each bear their own attorneys' fees and costs in this matter.

DATED this 1st day of March, 2020

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

ROSFJORD LAW PLLC


/s/Chris Rosfjord_____
Chris Rosfjord, WSBA #37668
*Attorney for Plaintiff*

LANE POWELL PC


/s/John S. Devlin III_____
John S. Devlin III, WSBA #23988
*Attorneys for Defendant JPMorgan Chase Bank, N.A., erroneously sued as JPMorgan Chase & Co.*

Order Granting Stipulation of Dismissal With Prejudice
*(Thomas v. JPMorgan Chase & Co.)*
Page 2 of 2

ROSFJORD LAW PLLC
6725 22nd Ave NW
Seattle, WA 98117
(206) 321-4849